UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20466-CR-SCOLA

UNITED STATES OF AMERICA

v.

TIRON ALEXANDER,

    **Defendant.**
_____/

**UNITED STATES OF AMERICA'S WITNESS AND EXHIBIT LIST**

    The United States of America respectfully submits the following witness and exhibit list for the trial set to begin April 21, 2025, in accordance with this Court's trial order, DE 17. The Government submits this proposed list in light of the Court ordering that this matter will proceed to calendar call on April 15 at 9am, but the Government requests leave to add exhibits and witnesses as necessary—and in particular, to provide individual names as to the corporate entities listed once a person from those companies is designated to be the witness present at trial. These placeholder designations are necessary because of the late notice the defense provided regarding its desire to proceed to trial, as set forth in the Government's Motion to Continue, DE 22.

Dated: April 15, 2025　　　　　　　　　　　　　Respectfully submitted,

By:　　　　　　　　　　　　　　　　　　　　　HAYDEN P. O'BYRNE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Zachary A. Keller*　　　
　　　　　　　　　　　　　　　　　　　　　　　ZACHARY A. KELLER
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Court No.: A5502767
　　　　　　　　　　　　　　　　　　　　　　　99 NE 4th Street, 6th Floor
　　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　　　　　　　Tel: (305) 961-9023
　　　　　　　　　　　　　　　　　　　　　　　Zachary.Keller@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20466-CR-SCOLA

UNITED STATES OF AMERICA                    Witness and Exhibit List

v.

TIRON ALEXANDER,

     Defendant.
_____/

**WITNESS AND EXHIBIT LIST – TRIAL PHASE ONE**

| Presiding Judge: The Honorable Robert N. Scola | | | | | AUSA: Zachary A. Keller Michael Shepherd | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Jacob Hasbun |
| 1. | | | | | Gaden Piant, Transportation Security Administration ("ATF") Special Agent | |
| 2. | | | | | Constantine Juranis, Spirit Airlines | |
| 3. | | | | | Mark Peitz, Spirit Airlines | |
| 4. | | | | | Raymond James, Spirit Airlines | |
| 5. | | | | | American Airlines Representative | |
| 6. | | | | | Delta Airlines Representative | |
| 7. | | | | | Frontier Airlines Representative | |
| 8. | | | | | Allegiant Airlines Representative | |
| 9. | | | | | Avelo Airlines Representative | |
| 10. | | | | | ExpressJet Airlines Representative | |

| Presiding Judge: The Honorable Robert N. Scola | | | | | AUSA: Zachary A. Keller Michael Shepherd | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Jacob Hasbun |
| 1. | | | | | Defendant Spirit Airlines Travel Composite: 02-23-2019 | |
| 2. | | | | | Defendant Spirit Airlines Travel Composite: 06-02-2019 | |
| 3. | | | | | Defendant Spirit Airlines Travel Composite: 07-02-2019 | |
| 4. | | | | | Defendant Spirit Airlines Travel Composite: 08-14-2019 | |
| 5. | | | | | Defendant Spirit Airlines Travel Composite: 08-18-2019 | |
| 6. | | | | | Defendant Spirit Airlines Travel Composite: 09-24-2019 | |
| 7. | | | | | Defendant Spirit Airlines Travel Composite: 07-22-2020 | |
| 8. | | | | | Defendant Spirit Airlines Travel Composite: 08-25-2020 | |
| 9. | | | | | Defendant Spirit Airlines Travel Composite: 09-09-2020 | |
| 10. | | | | | Defendant Spirit Airlines Travel Composite: 03-01-2021 | |
| 11. | | | | | Defendant Spirit Airlines Travel Composite: 05-05-2021 | |
| 12. | | | | | Defendant Spirit Airlines Travel Composite: 07-06-2021 | |
| 13. | | | | | Defendant Spirit Airlines Travel Composite: 07-31-2021 | |
| 14. | | | | | Defendant Spirit Airlines Travel Composite: 09-06-2021 | |
| 15. | | | | | Defendant Spirit Airlines Travel Composite: 12-31-2021 | |
| 16. | | | | | Defendant Spirit Airlines Travel Composite: 02-26-2022 | |
| 17. | | | | | Defendant Spirit Airlines Travel Composite: 06-07-2022 | |
| 18. | | | | | Defendant Spirit Airlines Travel Composite: 11-10-2022 | |
| 19. | | | | | Defendant Spirit Airlines Travel Composite: 01-18-2024 | |
| 20. | | | | | Defendant Spirit Airlines Travel Composite: 01-29-2024 | |
| 21. | | | | | Defendant Spirit Airlines Travel Composite: 02-10-2024 | |
| 22. | | | | | Defendant Spirit Airlines Travel Composite: 03-18-2024 | |
| 23. | | | | | Defendant Spirit Airlines Travel Composite: 03-19-2024 | |

| Presiding Judge: The Honorable Robert N. Scola | | | | | AUSA: Zachary A. Keller Michael Shepherd | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Jacob Hasbun |
| 24. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 03-26-2024 | |
| 25. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 06-14-2024 | |
| 26. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 08-25-2024 | |
| 27. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 09-08-2024 | |
| 28. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 09-14-2024 | |
| 29. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 09-29-2024 | |
| 30. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 09-29-2024 | |
| 31. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 10-01-2024 | |
| 32. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 10-15-2024 | |
| 33. |  |  |  |  | Defendant Spirit Airlines Travel Composite: 10-16-2024 | |
| 34. |  |  |  |  | Spirit Airlines Defendant Travel Composite | |
| 35. |  |  |  |  | American Airlines Defendant Cardholder Summary | |
| 36. |  |  |  |  | Defendant DFW Airport Still Photo | |
| 37. |  |  |  |  | Defendant Florida DAVID | |
| 38. |  |  |  |  | Defendant Georgia Driver's License | |
| 39. |  |  |  |  | Defendant Texas Driver's License | |
| 40. |  |  |  |  | Southwest Airlines Composite Defendant Travel Records | |
| 41. |  |  |  |  | United Airlines Composite Defendant Travel Records | |
| 42. |  |  |  |  | Composite Screenshots of Spirit Airlines Travel Portal | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on April 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                             */s/ Zachary A. Keller*
                                             Zachary A. Keller
                                             Assistant United States Attorney