UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-20466-BECERRA

**UNITED STATES OF AMERICA,**

vs.

**TIRON ALEXANDER,**
      Defendant.
_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges that exhibits admitted into evidence during this trial and submitted to the jury during deliberations are hereby released back to counsel of record for the respective parties.

_____          _____
**Government/Plaintiff**                                **Defendant**

                                                                      **COURTROOM DEPUTY**

Date: 6-5-2025

cc: Counsel of Record