

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   24-CR-20466-JB

EXHIBIT NO.   1