

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 24-CR-20466-JB

EXHIBIT NO. 1a