# Spirit Summary Three: Flights Reserved Less Than Three Hours Before Takeoff

|  | Flight & Reservation Date | Reservation Time | Scheduled Departure Time | Flight Origin | Flight Destination | Claimed Employer | Claimed Date of Hire | Claimed Badge # |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/14/2018 | 8:43 AM | 10:10 AM | MCO | DFW | American | 11/30/2014 | 773786 |
| 2 | 2/23/2019 | 8:45 AM | 9:38 AM | LAX | ATL | Alaska | 11/29/2013 | 773788 |
| 4 | 7/2/2019 | 12:29 PM | 2:49 PM | DFW | ATL | Allegiant | 8/6/2013 | 609237 |
| 5 | 8/18/2019 | 8:46 PM | 10:10 PM | LAS | ATL | Allegiant | 4/10/2012 | 815213 |
| 6 | 9/24/2019 | 8:23 AM | 9:20 AM | TPA | ATL | Express Jet | 4/2/2015 | 715413 |
| 7 | 7/22/2020 | 4:55 PM | 6:15 PM | FLL | DFW | Delta | 4/4/2015 | 541267 |
| 8 | 8/25/2020 | 5:17 AM | 7:00 AM | DFW | ATL | Frontier | 4/3/2016 | 512314 |
| 9 | 9/9/2020 | 4:06 AM | 7:05 AM | ATL | DFW | Alaska | 8/9/2014 | 432558 |
| 10 | 3/1/2021 | 7:15 AM | 8:15 AM | LAS | DFW | Express Jet | 5/3/2016 | 721321 |
| 12 | 7/6/2021 | 6:17 AM | 7:30 AM | ATL | DFW | Express Jet | 2/10/2016 | 433578 |
| 13 | 7/31/2021 | 12:44 PM | 3:08 PM | ATL | DFW | Alaska | 10/9/2016 | 433578 |
| 15 | 12/31/2021 | 6:15 PM | 7:36 PM | ATL | MCO | Alaska | 2/3/2017 | 516213 |
| 16 | 2/26/2022 | 12:28 AM | 12:59 AM | LAX | IAH | Alaska | 8/15/2013 | 542134 |
| 17 | 6/7/2022 | 2:05 PM | 2:45 PM | IAH | ATL | Express Jet | 4/20/2018 | 615213 |
| 18 | 11/10/2022 | 7:46 PM | 10:34 PM | ATL | DFW | Allegiant | 2/4/2019 | 512412 |
| 19 | 6/14/2023 | 4:20 PM | 6:46 PM | ATL | LAX | Allegiant | 7/6/2017 | 545321 |
| 20 | 9/8/2023 | 11:27 PM | 10:45 PM (Delayed) | CLT | FLL | Allegiant | 6/9/2017 | 615213 |
| 21 | 1/18/2024 | 5:46 AM | 6:27 AM | BWI | ATL | Allegiant | 4/18/2019 | 512213 |
| 22 | 1/29/2024 | 5:24 AM | 6:27 AM | BWI | ATL | Allegiant | 5/7/2017 | 457211 |
| 23 | 2/10/2024 | 7:03 AM | 8:10 AM | BWI | LAS | Avelo | 8/10/2016 | 658642 |
| 24 | 3/18/2024 | 4:50 AM | 6:26 AM | BWI | ATL | Allegiant | 4/7/2017 | 513213 |
| 25 | 3/19/2024 | 7:45 PM | 9:44 PM | ATL | BWI | Avelo | 5/4/2019 | 657659 |
| 26 | 3/26/2024 | 9:03 PM | 10:23 PM | BWI | DFW | Allegiant | 2/9/2017 | 564213 |
| 27 | 8/25/2024 | 4:13 AM | 6:47 AM | LAS | ATL | Allegiant | 2/2/2017 | 689090 |
| 28 | 9/14/2024 | 5:12 PM | 7:53 PM | DFW | LAX | Allegiant | 4/2/2017 | 631125 |
| 29 | 9/29/2024 | 3:18 PM | 4:09 PM | DFW | FLL | Allegiant | 4/3/2015 | 615213 |
| 30 | 9/29/2024 | 8:05 PM | 9:20 PM | FLL | BWI | Allegiant | 2/3/2015 | 612314 |
| 31 | 9/30/2024 | 7:16 PM | 8:57 PM | BWI | TPA | Express Jet | 2/10/2015 | 512618 |
| 32 | 10/1/2024 | 8:15 PM | 9:35 PM | DFW | LAX | Allegiant | 2/10/2015 | 674547 |
| 34 | 10/16/2024 | 3:55 AM | 5:49 AM | LAS | DFW | Allegiant | 2/2/2015 | 512676 |

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20466-JB
EXHIBIT NO. 4