



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20466-JB
EXHIBIT NO. 26



## Flight Manifest



