## Reservation

**JLMMYG**

Booki  Confirmed
Payme Not Available
Caller:

| Total | Amount |
|-------|--------|
| 0.00 USD | 0.00 USD |

Owning Carrier: NK
Prom <Ctrl

### Reservation Details

Creation  29Sep2024 4:18
Modified  29Sep2024 5:11
Original  tmnr  user
Original  INET
Group

SPIRIT AIRLINES:  NK

## Reservation Summary

### Flight Information

1. NK-1102  Sun, 29Sep24 DFW-FLL  4:09p- 8:03p  HK 0St Space Available(Class E) ✈      0.00  USD USD ✈      0.00  USD USD

### Other Services

### Passengers (1)

1. ALEXANDER, TIRON NROA  $    0.00  USD USD
   SSRs: BAGE, BAGN, OWB4

### Contact Information

SPIRIT AIRLINES
TIRON ALEXANDER
1 Pine St
Orlando, FL 32809  US
4047572147

### Payments

### Comments

- EMPLOYEE FIRSTNAME: TIRON EMPLOYEE LASTNAME: ALEXANDER AIRLINE
NAME: ALLEGIANT AIR (G4) EMPLOYEE ID: 615213 EMPLOYEE DOH: 03APR15

### Cost Summary

Total Cost:      $    0.00  USD USD    Amount Due:      $    0.00  USD USD



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.  24-CR-20466-JB

EXHIBIT NO.  33



| Reservation | |
|---|---|
| **JLMMYG** | |
| Booki | Confirmed |
| Payme | Not Available |
| Caller | |
| Total | Amount |
| 0.00 USD | 0.00 USD |

**Reserved Flights**

NK-1102 Sun, 29Sep DFW-FLL  4:09p- 8:03p   HK 0St #1 Space Av(E) $0.00USDUSD
    NK-1102  Sun,29Sep DFW-FLL  4:09p- 8:03p    32A, L:176 C:176 S:176
    ALEXANDER, TIRON -Non Rev Interline                           ENRSA     $0.00USDUSD Space Available(Class E) [8D] *Boarded-

## Flight Manifest

### Details

Flight Leg: 1102 Sunday, September 29, 2024 DFW-FLL

Display:
- ◯ Confirmed List
- ◯ Stand-by List
- ◉ Full Manifest

#### Passengers



| # | Status | Name | Recognition Score | Booking | Chg. Code | Lift | FareBasis(Class) | Seat | Priority | Con | SSRs | Date | Agent | Lock/Warn | Sold As |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176 | HK | ALEXANDER, TIRON | 0 | JLMMYG | | Boarded | ENRSA(E) | 8D | | | X | 29Sep24 4:18p | tmnr_user | | |
| 175 | HK | MCGHIE, CHEVON | 0 | YQ8GJX | | Boarded | ENRSA(E) | 27D | | | X | 29Sep24 4:09p | ID90T | | |
| 174 | HK | DUAILIBI, VIRGINIA | 0 | CKJMKG | | Boarded | ENRSA(E) | 15C | | | X | 29Sep24 9:55a | tmnr_user | | |
| 173 | HK | CRUZ, OSCAR | 0 | JQQ9ME | | Boarded | ZIDZL3R2(Z) | 9A | | | X | 29Sep24 9:46a | myIDTravel | | |
| 172 | HK | Cruz, Esteban | 0 | JQQ9ME | | Boarded | ZIDZL3R2(Z) | 9B | | | X | 29Sep24 9:46a | myIDTravel | | |
| 171 | HK | Ables, Maurice | 0 | UHN54C | | Boarded | (V) | 22A | | X | X | 28Sep24 11:1... | Svenska1 | | |
| 170 | HK | INNISS, JEFF | 0 | ZPUJMK | | Boarded | T0CLUBNR(T) | 4D | | | X | 28Sep24 6:25p | jeff@lcscreditso | | |
| 169 | HK | CORRAL, LUCIA | 0 | ZPUJMK | | Boarded | T0CLUBNR(T) | 5A | | | X | 28Sep24 6:25p | jeff@lcscreditso | | |
| 168 | HK | HERNANDEZ, RAUL | 0 | DIBH6M | | Boarded | TNR(T) | 27B | | | X | 28Sep24 6:09p | webanonymous2 | | |
| 167 | HK | GUERRA, GUILLERMO | 0 | DIBH6M | | Boarded | TNR(T) | 27A | | | X | 28Sep24 6:09p | webanonymous2 | | |



## Reservation

### JLMMYG

Booki  **Confirmed**
Payme  **Not Available**
Caller:

| Total | Amount |
|-------|--------|
| 0.00 USD | 0.00 USD |

Owning Carrier: NK
Prom  <Ctrl

**Flight Information**  ⌃
1. Sun, 29Sep 2024  HK  $0.00USDUSD
   NK 1102 DFW-FLL  4:09p- 8:03p

**Other Services (0)**  ⌃

**Passengers (1)**  ⌃
1. ALEXANDER, TIRON  +SSRs

**Contact Information (1)**  ⌃
1. ALEXANDER, TIRON 4047572147

**Payments**  ⌃

**Comments**  ⌃
M - EMPLOYEE FIRSTNAME: TIRON EMPLOYEE

## History

### History Entries

Full History | Message History | Queue History

Find [                    ] ⌄ [Find Next]

⊟ **Date: 29 Sep 2024**     Time: 4:18:41 PM          Caller: INET/Confirmation     Agent: tmnr_user
   IS                        IS Itinerary Emailed to Tuffytufft@yahoo.com on 9/29/2024 4:18 PM

⊟ **Date: 29 Sep 2024**     Time: 4:46:42 PM          Caller:          Agent: 346709
   Checkin                   CI 29Sep24 DFWFLL 1609/2003 # NK1102 Seat:0 Seq:183 ALEXANDER/TIRON
   Print Boarding Pass       BP 29Sep24 DFWFLL 1609/2003 # NK1102 Seat:0 Seq:183 ALEXANDER/TIRON

⊟ **Date: 29 Sep 2024**     Time: 4:56:18 PM          Caller:          Agent: 346709
   Assign Seat               AS 29Sep24 DFW-FLL 1102 Y 8D TIRON ALEXANDER
   Print Boarding Pass       BP 29Sep24 DFWFLL 1609/2003 # NK1102 Seat:8D Seq:183 ALEXANDER/TIRON

⊟ **Date: 29 Sep 2024**     Time: 4:56:28 PM          Caller:          Agent: 346709
   Print Boarding Pass       BP 29Sep24 DFWFLL 1609/2003 # NK1102 Seat:8D Seq:183 ALEXANDER/TIRON

⊟ **Date: 29 Sep 2024**     Time: 4:56:54 PM          Caller:          Agent: 346709
   Boarded Passenger         BD 29Sep24 DFWFLL 1609/2003 # NK1102 Seat:8D Seq:183 ALEXANDER/TIRON

⊟ **Date: 29 Sep 2024**     Time: 5:11:07 PM          Caller: INET          Agent: dataservices
   SSR                       SR Added SSR OWB4 9/29/2024 DFWFLL 1102 for TIRON ALEXANDER
   Sell Fee                  SF OW4 0 TIRON ALEXANDER  0.00 USD

**Constantine Juranis**

| | |
|---|---|
| **From:** | Spirit Support <booking@fly.spirit-airlines.com> |
| **Sent:** | Friday, April 11, 2025 1:44 PM |
| **To:** | David Matos |
| **Subject:** | [Resend] Spirit Airlines Flight Confirmation: JLMMYG |



1

## READY TO FLY?

Get ready for your trip! When you're ready to go, grab your one personal item or your bags and hop aboard. You can also add Wi-Fi to stay connected. Be sure to save this email to take on your trip—it contains all the info about your flight and add-ons.

We can't wait to see you!

**YOUR CONFIRMATION CODE:   JLMMYG**

**Booking Date:  Sunday, September 29, 2024**

## FLIGHT

| | | |
|---|---|---|
| **SUNDAY, SEPTEMBER 29, 2024** | **TIME** | **DURATION** |
| Dallas/Fort Worth, TX | 4:09 PM | 02 h 54 min |
| Fort Lauderdale, FL | 8:03 PM | |
| **FLIGHT** | **TERMINAL** | |
| 1102 | E | |

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!

2

**Online check-in** begins 24 hours before your flight. It's the easy way to save time and money! Definitely **reconfirm your flight times** on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U. S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

## GUEST INFORMATION

| NAME | ASSISTANCE | FREE SPIRIT # |
|------|-----------|---------------|
| Tiron Alexander | None | |

## Bags

| NAME | CARRY-ON | CHECKED |
|------|----------|---------|
| Tiron Alexander | 1 | 1 |

## SEATS

| NAME | SEATS |
|------|-------|
| Tiron Alexander | - |

## CONTACT INFORMATION

Tiron Alexander
1 Pine St
Orlando, FL 32809
US

Tuflytufft@yahoo.com

4047572147

3

## PURCHASE PRICE

**Total**                                                      **$0.00**

**Join ShopSmarter™ and get**
# $20 CASH BACK
**ON THIS BOOKING!**

CLICK HERE

JUST FOR TRYING
ShopSmarter

### ADDITIONAL INFORMATION

**REAL ID**

Do you have a REAL ID? **Beginning May 7th 2025, every air traveler 18 years of age and older will need a state-issued REAL ID-compliant license or identification card, enhanced driver's license, or another acceptable form of ID (such as a passport), to fly within the United States.** REAL ID–compliant cards are marked with a star at the top. Guests can also visit the **DHS REAL ID website** and click on their state on the map or visit **www.tsa.gov**.

**ACTIVE DUTY U.S. MILITARY MEMBERS**

For Active Duty U.S. Military Members traveling on Spirit, you will need to **add your baggage online** before arriving to the airport. Simply click the "verify" button at checkout to validate your active duty status. The military baggage allowance cannot be added at the airport.

**CASHLESS**

At some airports we serve, **cash is not accepted** as a form of payment. For more information, **visit here**.

**TERMS AND CONDITIONS**

**Click here** for full terms and conditions.

**Haga clic aquí** para los términos y condiciones completos.

## BAGGAGE

You'll save yourself some money if you **buy your bags online right now!** You'll automatically get our **Fast Bag Drop** service, which'll save you time when you get to the airport.

**IMPORTANT:** You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.

The baggage liability limit for domestic flights is $3,800 per passenger.  **Here's** more information on our baggage policies, including carry-ons.

## CHECK-IN

**You may be able to check in online 24 hours before your flight. It'll save you time and money at the airport.**

## CANCEL/CHANGE

If you need to modify or cancel your reservation, please visit the **Manage Travel** tab at spirit.com. Additionally, you can also text us at 48763 or WhatsApp directly at 855-728-3555 with "Hello".

**Click here** for information on travel policies.

Spirit does not transport hazardous materials as checked or carry-on baggage. **Click Here** for more information.

**HOTEL   CAR   TRIPS   PARTNERS**

  

5

**TO PROVIDE FEEDBACK**
If you have a comment or question, Click here to chat now.


**Spirit Airlines**
**1731 Radiant Drive**
**Dania Beach, FL 33004**
**Copyright © 2024 Spirit Airlines, Inc. All Rights Reserved.**

Privacy Policy     Help