





## Flight Manifest

### Details

Flight Leg: 785 Sunday, September 29, 2024 FLL-BWI

Display: ○ Confirmed List  ○ Stand-by List  ● Full Manifest

### Passengers

| # | Status | Name | Recognition Score | Booking | Chg. Code | Lift | FareBasis(Class) | Seat | Priority | Con | SSRs | Date | Agent | Lock/Warn | Sold As |
|---|--------|------|-------------------|---------|-----------|------|------------------|------|----------|-----|------|------|-------|-----------|---------|
| 165 | HK | ALEXANDER, TIRON | 0 | NJQD7J | | Boarded | ENRSA(E) | 4C | | | X | 29Sep24 8:05p | tmnr_user | | |
| 164 | HK | CARTERMARTIN, KIMAYA | 0 | SJ6E5M | | Boarded | KNR(K) | 4A | | | X | 29Sep24 4:33p | webanonymous2 | | |
| 163 | HK | FOTSEU, LIONEL | 0 | NPI3XK | | Boarded | KNR(K) | 23B | | | X | 29Sep24 4:00p | webanonymous2 | | |
| 162 | HK | OLSON, BRITT | 0 | RLBINW | | Boarded | MNR(M) | 30A | | | X | 27Sep24 3:33p | Justbrittart@gma | | |
| 161 | HK | Shabazz, Rahkel | 0 | EE7YJL | | Boarded | MNR(M) | 31B | | | X | 27Sep24 12:3... | TravelFusion1 | | |
| 160 | HK | Malone, Robert | 0 | EE7YJL | | Boarded | MNR(M) | 31A | | | X | 27Sep24 12:3... | TravelFusion1 | | |
| 159 | HK | CLARK, PAUL | 0 | OG4V8V | | Boarded | V0CLUBNR(V) | 1A | | | X | 26Sep24 10:0... | paulgclark@veriz | | |
| 158 | HK | COELLO, CAMDEN | 0 | EL43GT | | Boarded | VNR(V) | 29F | | | X | 26Sep24 9:52p | 119914 | | |
| 157 | HK | COELLO, ANGELICA | 0 | EL43GT | | Boarded | VNR(V) | 29E | | | X | 26Sep24 9:52p | 119914 | | |



**Constantine Juranis**

| | |
|---|---|
| From: | Spirit Support <booking@fly.spirit-airlines.com> |
| Sent: | Friday, April 11, 2025 1:45 PM |
| To: | David Matos |
| Subject: | [Resend] Spirit Airlines Flight Confirmation: NJQD7J |



## READY TO FLY?

Get ready for your trip! When you're ready to go, grab your one personal item or your bags and hop aboard. You can also add Wi-Fi to stay connected. Be sure to save this email to take on your trip—it contains all the info about your flight and add-ons.

We can't wait to see you!

**YOUR CONFIRMATION CODE:   NJQD7J**

Booking Date:  Monday, September 30, 2024

## FLIGHT

**SUNDAY, SEPTEMBER 29, 2024**
Fort Lauderdale, FL
Baltimore, MD

**TIME**
9:20 PM
11:55 PM

**DURATION**
02 h 35 min

**FLIGHT**
785

**TERMINAL**
4

Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.

Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!

2

**Online check-in** begins 24 hours before your flight. It's the easy way to save time and money! Definitely reconfirm your flight times on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

## GUEST INFORMATION

| NAME | ASSISTANCE | FREE SPIRIT # |
|---|---|---|
| Tiron Alexander | None | |

## Bags

| NAME | CARRY-ON | CHECKED |
|---|---|---|
| Tiron Alexander | 1 | 1 |

## SEATS

| NAME | SEATS |
|---|---|
| Tiron Alexander | - |

## CONTACT INFORMATION

Tiron Alexander
1 Pine St
Dallas, TX 75243
US

Tuffytufft@yahoo.com

4047572147

3

## PURCHASE PRICE

**Total** $0.00

**Join ShopSmarter™ and get**
**$20 CASH BACK**
**ON THIS BOOKING!**
JUST FOR TRYING
ShopSmarter™
**CLICK HERE**

## ADDITIONAL INFORMATION

**REAL ID**

Do you have a REAL ID? **Beginning May 7th 2025, every air traveler 18 years of age and older will need a state-issued REAL ID-compliant license or identification card, enhanced driver's license, or another** acceptable form of ID **(such as a passport), to fly within the United States**. REAL ID–compliant cards are marked with a star at the top. Guests can also visit the DHS REAL ID website and click on their state on the map or visit www.tsa.gov.

**ACTIVE DUTY U.S. MILITARY MEMBERS**

For Active Duty U.S. Military Members traveling on Spirit, you will need to **add your baggage online** before arriving to the airport. Simply click the "verify" button at checkout to validate your active duty status. The military baggage allowance cannot be added at the airport.

**CASHLESS**

At some airports we serve, **cash is not accepted** as a form of payment. For more information, visit here.

**TERMS AND CONDITIONS**

Click here for full terms and conditions.

Haga clic aquí para los términos y condiciones completos.

4

**BAGGAGE**

You'll save yourself some money if you buy your bags online right now! You'll automatically get our Fast Bag Drop service, which'll save you time when you get to the airport.

**IMPORTANT:** You may carry one free personal item on board (like a purse or laptop bag) if its dimensions do not exceed 18 x 14 x 8 inches including handles and wheels.

The baggage liability limit for domestic flights is $3,800 per passenger. Here's more information on our baggage policies, including carry-ons.

**CHECK-IN**

You may be able to check in online 24 hours before your flight. It'll save you time and money at the airport.

**CANCEL/CHANGE**

If you need to modify or cancel your reservation, please visit the Manage Travel tab at spirit.com. Additionally, you can also text us at 48763 or WhatsApp directly at 855-728-3555 with "Hello".

Click here for information on travel policies.

Spirit does not transport hazardous materials as checked or carry-on baggage. Click Here for more information.

**HOTEL     CAR     TRIPS     PARTNERS**

  

5

**TO PROVIDE FEEDBACK**
If you have a comment or question, Click here to chat now.

**Spirit Airlines**
**1731 Radiant Drive**
**Dania Beach, FL 33004**
Copyright © 2024 Spirit Airlines, Inc. All Rights Reserved.

Privacy Policy    Help

6